UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLAN MILLER,<br><br>  Plaintiff-Appellant,<br><br> v.<br><br>HFN, INC., a Delaware Corporation doing business as Nanoheal By HFN Inc.; et al.,<br><br>  Defendants-Appellees. | No. 23-16130<br><br>D.C. No. 3:23-cv-00533-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator