UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLAN MILLER, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> HFN, INC., a Delaware Corporation doing business as Nanoheal By HFN Inc.; et al., <br><br> Defendants-Appellees. | No. 23-16130 <br><br> D.C. No. 3:23-cv-00533-VC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The appellant's motion (Docket Entry No. 4) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133